**1057 CHADBOURNE vs. COMMISSIONER OF THE STATE LAND OFFICE, 59 M., 113.**

To issue patents for certain lands.

Denied January 20, 1886, on the ground that the lands were not subject to entry.

**1058 ESTABROOK vs. COMMISSIONER OF STATE LAND OFFICE, 19 M., 469.**

To compel the issue of a patent for certain school lands.

Denied January 5, 1870.

Held, that relator is entitled to the benefit of admissions contained in the return, but he cannot insist upon facts alleged in the petition and accompanying affidavits which are not admitted.